UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE PICOU,<br><br>  Plaintiff,<br>  v.<br><br>TRACY LOGISTICS, LLC<br><br>  Defendant.<br>_____/ | No.  2:24-cv-00526-MCE-JDP<br>No.  2:23-cv-02586-MCE-JDP<br>No.  2:23-cv-02608-MCE-JDP<br>*(previously related cases)*<br><br>**RELATED CASE ORDER** |
| TENIAH TERCERO<br><br>  Plaintiff,<br>  v.<br><br>SACRAMENTO LOGISTICS, LLC, et al.<br><br>  Defendants.<br>_____/ | No.  2:24-cv-00953-WBS-AC |
| TENIAH TERCERO<br><br>  Plaintiff,<br>  v.<br><br>C&S LOGISTICS OF SACRAMENTO/TRACY LLC, et al.<br><br>  Defendants.<br>_____/ | No.  2:24-cv-00963-DAD-AC |

1

An examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same defendant(s) and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:24-cv-00953-WBS-AC, Teniah Tercero v. Sacramento Logistics, LLC, et al., and 2:24-cv-00963-DAD-AC, Teniah Tercero v. C&S Logistics of Sacramento/Tracy, LLC, et al. are reassigned to Senior District Judge Morrison C. England, Jr. and will be reassigned to Magistrate Jeremy D. Peterson for all further proceedings, and any dates currently set in these reassigned cases only are hereby **VACATED**.  The caption on documents filed in the reassigned cases shall be shown as 2:24-cv-00953-MCE-JDP and 2:24-cv-00963-MCE-JDP.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of civil cases to compensate for these reassignments.

IT IS SO ORDERED.

Dated:  April 15, 2024

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE